**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| VAN OWENS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00133-SNLJ |
| SHERIFF BRITTON FERRELL, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented plaintiff Van Owens' letter to the Court dated August 9, 2023, which the Court will construe as a civil rights complaint. Plaintiff attaches to the complaint three forms titled "Denial of Rights Under Color of Law." The forms are directed to Sheriff Britton Ferrell, Deputy Johnathon Hall, and Captain Barry Morgan of the Mississippi County Detention Center in Charleston, Missouri. It appears plaintiff seeks to bring a civil rights action against these defendants for an alleged illegal search of plaintiff's residence on June 23, 2023.

The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Additionally, plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff (1) a copy of the Court's prisoner civil rights complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

-2-

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee or submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must file and amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to plaintiff.

Dated this 22nd day of September, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE